UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff/Respondent, | ) ) ) | Criminal Action No. 5: 21-064-DCR and Civil Action No. 5: 24-011-DCR |
| V. | ) ) | |
| JEFFREY MAURICE ROBINSON, | ) ) | **JUDGMENT** |
| Defendant/Movant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered on this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the United States with respect to all issues raised in this action.

2. The defendant/movant's collateral proceeding (Civil Action No. 5: 24-011-DCR) is **DISMISSED** and **STRICKEN** from the docket.

3. A certificate of appealability shall not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay.

Dated: September 20, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky